

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2020

No. 04-19-00834-CV

**IN THE MATTER OF R.I.C.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2018JUV01596
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

Appellant's reply brief was timely filed in this appeal on February 10, 2020, and this court's opinion issued on February 19, 2020. On March 2, 2020, appellant filed a motion for extension of time to file his reply brief. The motion is DENIED AS MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court